FILED

UNITED STATES COURT OF APPEALS

JUL 13 2026

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| VICTOR CRUZ GAMEZ, individually and on behalf of all similarly situated individuals and M. J. M. A., an adult, <br><br>       Petitioners - Appellees, <br><br>  v. <br><br> TODD M. LYONS, Acting Director of Immigration Customs Enforcement ("ICE"); et al., <br><br>       Respondents - Appellants, <br><br> CAMMILLA WAMSLEY, Seattle Field Office Director, Immigration and Customs Enforcement and Removal Operations ("ICE/ERO"), <br><br>       Respondent. | No. 26-4343 <br><br> D.C. No. 6:25-cv-02011-MTK District of Oregon, Eugene <br><br> ORDER |

The Mediation Program of the Ninth Circuit Court of Appeals facilitates

settlement while appeals are pending. See Fed. R. App. P. 33 and Ninth Cir. R.

33-1.

By 7/22/2026, counsel for all parties intending to file briefs in this matter are

requested to inform Stephen Liacouras, Circuit Mediator, by email at

Stephen_Liacouras@ca9.uscourts.gov of their clients' views on whether the issues on appeal or the underlying dispute might be appropriate for settlement presently or in the foreseeable future. Counsel are requested to include the Ninth Circuit case name and number in the subject line. This communication will be kept confidential, if requested, from the other parties in the case. This communication shall not be filed with the court.

For more detailed information about the Mediation Program and its procedures generally, please see Mediation Program web site: www.ca9.uscourts.gov/mediation.

The existing briefing schedule remains in effect.

FOR THE COURT:

By: Stephen Liacouras
Circuit Mediator