UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 20 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

VICTOR CRUZ GAMEZ, individually and on behalf of all similarly situated individuals and M. J. M. A., an adult,

Petitioners - Appellees,

v.

TODD M. LYONS, Acting Director of Immigration Customs Enforcement ("ICE"); et al.,

Respondents - Appellants,

CAMMILLA WAMSLEY, Seattle Field Office Director, Immigration and Customs Enforcement and Removal Operations ("ICE/ERO"),

Respondent.

No. 26-2090

D.C. No.
6:25-cv-02011-MTK
District of Oregon,
Eugene

ORDER

VICTOR CRUZ GAMEZ, individually and on behalf of all similarly situated individuals and M. J. M. A., an adult,

Petitioners - Appellees,

v.

TODD M. LYONS, Acting Director of Immigration Customs Enforcement ("ICE"); et al.,

Respondents - Appellants,

No. 26-4343

D.C. No.
6:25-cv-02011-MTK
District of Oregon,
Eugene

CAMMILLA WAMSLEY, Seattle Field Office Director, Immigration and Customs Enforcement and Removal Operations ("ICE/ERO"),

Respondent.

Before: W. FLETCHER, DESAI, and DE ALBA, Circuit Judges.

The motion (Docket Entry No. 38 in No. 26-2090; Docket Entry No. 6 in No. 26-4343) to consolidate is granted. These appeals are consolidated.

The motion (Docket Entry No. 9 in No. 26-4343) to dismiss appeal No. 26-4343 for lack of jurisdiction is denied without prejudice to renewing the arguments in the consolidated answering brief. *See Nat'l Indus. v. Republic Nat'l Life Ins. Co.*, 677 F.2d 1258, 1262 (9th Cir. 1982) (merits panel may consider appellate jurisdiction despite earlier denial of motion to dismiss).

By November 10, 2026, appellants must either file a consolidated opening brief or provide notice that the opening brief filed in appeal No. 26-2090 will serve as the consolidated opening brief. The consolidated answering brief is due December 10, 2026. The optional consolidated reply brief is due 21 days after the consolidated answering brief is served.